# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MATTHEW BELTON,

    Plaintiff,

v.                                              Case No. 12-CV-53

KIMBERLY BETZHOLD, SANDRA BUCHOLZ,
LAGRESAR HANNAH, ROBERTA GAITHER,
DENISE SYMDON, and CHANTELL JEWELL,

    Defendants.

## ORDER

Defendants have filed a motion to stay deadline for filing summary judgment. Under the Scheduling Order, dispositive motions are due on September 18, 2012. Defendants assert that it would not be an efficient use of time and resources for either party to proceed on a substantive motion for summary judgment until their motion for judgment on the pleadings, filed June 29, 2012, is resolved. Under these circumstances, the court will stay the dispositive motion filing deadline.

**IT IS THEREFORE ORDERED** that defendants' motion to stay deadline for filing summary judgment (Docket #29) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 24th day of September, 2012.

                                                      s/ Lynn Adelman

                                                      LYNN ADELMAN
                                                      District Judge